**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

MICHAEL KOKOSKI,

       Petitioner,

v.

R. L. NORWOOD, Warden,

       Respondent.

CIVIL  ACTION  NO.  5:06-0090
(Criminal Nos. 5:92-00090 and 5:96-00064)

**ORDER**

This action was referred to the Honorable  R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss Petitioner's Petition for Writ of Habeas Corpus (Doc. # 386) and remove this matter from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus (Doc. # 386) and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented parties.

       ENTER:     March 4, 2009

       ROBERT C. CHAMBERS
       UNITED STATES DISTRICT JUDGE